Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wallace, Johnny | Case Number: 08 B 20974 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 8/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 29, 2009
Confirmed: October 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,045.00 | |
| Secured: | | 1,090.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,754.27 |
| Trustee Fee: | | 200.73 |
| Other Funds: | | 0.00 |
| Totals: | 3,045.00 | 3,045.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,754.27 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 10,945.36 | 1,090.00 |
| 4. | National City Mortgage Co | Secured | 19,062.19 | 0.00 |
| 5. | Capital One | Unsecured | 1,672.44 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 495.42 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,429.77 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,681.71 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 4,450.65 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,598.22 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 1,671.81 | 0.00 |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Village of Country Club Hills | Unsecured | | No Claim Filed |
| | | | $ 46,481.57 | $ 2,844.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 15.16 |
| 6.6% | 185.57 |
| | $ 200.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wallace, Johnny | Case Number:  08 B 20974 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/17/09 | Filed:  8/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mack*